UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FABIAM VELAZQUEZ DAMACIO,<br><br>　　　　Defendant. | Case No.: 22-CR-1784-JO<br><br>[~~PROPOSED~~] ORDER UNSEALING ORDER REQUIRING DISCLOSURE<br><br>[~~UNDER SEAL~~] |

　　The Court having entered an Order under seal requiring disclosure of certain information, and having reviewed the United States' motion to unseal the Order,

　　IT IS ORDERED that the Court's Order requiring disclosure [Dkt. 30] be unsealed, and the United States' *ex parte* motion to unseal and this Order also be unsealed. IT IS FURTHER ORDERED that the information referenced in the Order requiring disclosure [Dkt. 29] shall remain under seal, and any reference to, or use of, the material in a public proceeding or unsealed pleading may only occur after a Court finding of relevance and admissibility. IT IS FURTHER ORDERED that the *ex parte* application underlying the Order requiring disclosure shall remain sealed until further order of the Court.

　　SO ORDERED.

DATED: 12/17/22

Hon. Jinsook Ohta
United States District Judge